# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OHIO
# EASTERN DIVISION

Joseph Q. Reeder,

    Petitioner,

v.

Warden, Ohio State Penitentiary,

    Respondent.

Case No. 2:19-cv-105

Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

On April 22, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R) recommending that Respondent's motion to dismiss be granted and that the Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. ECF No. 8. Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 8, is **ADOPTED** and **AFFIRMED**. Respondent's motion to dismiss, ECF No. 7, is **GRANTED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT